PLAINTIFF/PETITIONER/MOVANT'S NAME: Eric P. McLellan

PRISON NUMBER: #F-14219

PLACE OF CONFINEMENT: Centinela State Prison

ADDRESS: P.O. Box 911, Imperial, Ca. 92251

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ___
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ Prose ___

FILED
2008 JAN 22 PM 4:34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___RM___ DEPUTY

# United States District Court
## Southern District Of California

Eric P. McLellan,
   Plaintiff/Petitioner/Movant
v.
V.M. Almager (Warden),
   Defendant/Respondent

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

'08 CV 0123 IEG AJB

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, **Eric Paul McLellan**, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution?          ☒ Yes ☐ No
   Do you receive any payment from the institution?   ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                    K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☒ Yes  ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. ~~0~~, all of 2007, CDC&R, P.O. Box 911, Imperial, Ca. 92251

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes  ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes  ☒ No
   d. Disability or workers compensation               ☐ Yes  ☒ No
   e. Social Security, disability or other welfare     ☐ Yes  ☒ No
   e. Gifts or inheritances                            ☐ Yes  ☒ No
   f. Spousal or child support                         ☐ Yes  ☒ No
   g. Any other sources                                ☐ Yes  ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _____

4. Do you have any checking account(s)?   ☐ Yes  ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes  ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle?   ☐ Yes  ☒ No
   a. Make: _____ Year: _____ Model: _____
   b. Is it financed? ☐ Yes  ☐ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☒ Yes  ☐ No
If "Yes" describe the property and state its value. Family pictures, they are priceless to me

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. 0

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): restitution, balance due $180.00

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): Family Pictures, T.V., hot pot, shoes, photo ducat(s)

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. I have no day-to-day expenses. I have been in state prison for years.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

U.C.C. #1-103: U.C.C. 1-207

12·25·07
DATE

Eric P. McLellan
SIGNATURE OF APPLICANT

If you are a prisoner, you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Eric Paul McLellan__
(NAME OF INMATE)

__F14219__
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at _____

__Centinela State Prison__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0__

to his/her credit according to the records of the aforementioned institution. I further certify that during

the past six months the applicant's *average monthly balance* was $ __0__

and the *average monthly deposits* to the applicant's account was $ __0__

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915 (a)(2).</u>

__1-18-2008__
DATE

__Gracie Rojas__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Gracie Rojas__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)    -4-    K:\COMMON\FORMS\CIV-67.

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __Eric Paul McLellan # F-14219__, request and authorize the agency holding me in
    (Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☑ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

U.C.C.# 1-103; U.C.C.# 1-207

__12-25-07__                                __Eric Paul McLellan__
DATE                                        SIGNATURE OF PRISONER

CIV-67 (Rev. 2/05)                    -5-                    K:\COMMON\FORMS\CIV-67

```
REPORT ID: TS3030 .701                                          REPORT DATE: 01/17/0
                                                                PAGE NO:

                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CENTINELA STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 17, 2008

ACCOUNT NUMBER  : F14219                         BED/CELL NUMBER: FBB4T1000000124U
ACCOUNT NAME    : MCLELLAN, ERIC PAUL             ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                              TRUST ACCOUNT ACTIVITY

       << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                              CURRENT HOLDS IN EFFECT
    DATE          HOLD
   PLACED         CODE       DESCRIPTION           COMMENT        HOLD AMOUNT
  ----------      ----    --------------------   -----------     -----------
  01/16/2008      H118    LEGAL COPIES HOLD      4137 01/14           9.30
  01/16/2008      H109    LEGAL POSTAGE HOLD     4136 01/14           0.15

                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL         CURRENT        HOLDS       TRANSACTIONS
   BALANCE      DEPOSITS    WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED
  ---------    ---------    -----------    ----------    ----------    -----------
    0.00         0.00          0.00          0.00          9.45           0.00


                                                                        CURRENT
                                                                       AVAILABLE
                                                                        BALANCE
                                                                       ---------
                                                                          9.45
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE