3-27-08

To Clerk of the Court,

Re: Eric P. McLellan (08-CV-0123-IEG-AJB)

FILED
APR - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

This is to notify the Court of my (McLellan) change of address (temp) Due to "Out to Court Status" and was completely seperated from all legal material pertaining to this case.

McLellan, Eric P.
#2442939   C-14-13
550 N. Flower St
Santa Ana, Ca.
           92703

(to Southern District Court)

Eric McLellan
#2441939  C-14-13
550 N. Flower St
Santa Ana, Ca.
92703

SANTA ANA, CA 927
[postmark] 26 MAR 2008 PM 10

(legal) Mail

Office of the Clerk
Southern District of California
880 Front St. Suite #4290
San Diego, Ca 92101-8900

ORANGE COUNTY JAIL
INMATE CORRESPONDEN

08-cv-0123-IEG-AJB