Eric P. McLellan
(Name)

P.O. Box 911
(Address)

Imperial, Ca. 92251
(City, State, Zip)

#F-14219
(CDC Inmate No.)

**FILED**

2008 JUL 22 PM 3:56

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**NUNC PRO TUNC**

**JUL 17 2008**

# United States District Court
## Southern District of California

Eric Paul McLellan,
(Enter full name of plaintiff in this action.)

                           Plaintiff,

    v.

V. M. Almager (Warden) et. Al.,
_____,
_____,
(Enter full name of each defendant in this action.)

                          Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. 08-CV-0123-IEG-AJB
(To be supplied by Court Clerk)

**FIRST AMENDED**
Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

see attached: motion for determination of Jurisdiction ( _____ ).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Eric Paul
McLellan _____, who presently resides at Centinela State Prison
(print Plaintiff's name)
(mailing address or place of confinement)
2302 Brown Rd., Imperial, Ca. 92251 _____, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at Centinela
State Prison _____ on (dates) Oct.Nov.Dec 2006, Jan. Dec. 2007, and _____.
(institution/place where violation occurred)          (Count 1)          (Count 2)          (Count 3)

CR

§ 1983 SD Form

1

2. <u>Defendants:</u> (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>V. M. Almager et. al.</u> resides in <u>Imperial County (office)</u>,
                (name)                                                     (County of residence)

and is employed as a <u>Warden of Centinela State Prison</u>. This defendant is sued in
                          (defendant's position/title (if any))(← Recently Suspended pending Investigation)

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>By his position of Authority as Warden, V. M. Almager</u>
<u>and his underlings commited "Fraud" against Plaintiff, a prisoner</u>
<u>under V.M. Almager's appointed supervision & control at Centinela</u>

Defendant _____ resides in _____
                                                    (County of residence)

and is employed as a _____ This defendant is sued in
                                  (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

_____

_____

Defendant _____ resides in _____,
                  (name)                                       (County of residence)

and is employed as a _____. This defendant is sued in
                                  (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

_____

_____

Defendant _____ resides in _____,
                  (name)                                       (County of residence)

and is employed as a _____. This defendant is sued in
                                  (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

_____

_____

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Under Clearly established
U.S. and State Constitutions the defendant(s) committed "Fraud".

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

Photo ducats are sold at Centinela - under V.M. Almager Supervision and authority as warden. Plaintiff purchased photo ducats so he could have pictures taken with his 3yr old daughter at his once per month court ordered visit. Once each month, in Oct. Nov. Dec. 2006 and Jan. 2007. Plaintiff presented ducats at visit for a photo with his daughter and was told "There is no camera" all four months in a row. In Dec. 2007 Plaintiff yet again tried to present the purchased photo ducats to the visiting officer and was told "there is no film." there is approx. 1200 inmates on facility "B" at Centinela. They sell photo ducats for $2.00 each, (5) per inmate per month. roughly 6000 possible ducats sold per month, as can be seen there is only: "Non ReFundable, Non-Transferable" on the ducats, and on the Canteen slips, "visiting", and on the rear side" V.M. Almager (warden). Plaintiff purchased the "photo ducats" in agreement that he could take photos with his precious, growing, changing lil' daughter. By selling photo ducats for Inmates to have photos taken in visiting when there was "No camera" and "no film" It was certainly a clear act of Fraud under clearly established Fed. and State Consty. laws. As warden Almager approved and was (is) responsible for this "project." [* It should be Noted that V.M. Alager was escorted off prison property recently and is believed to be suspended pending criminal investigation and charges unrelated to this case Not surprising.]

Count 2:  The following civil right has been violated: _____

_____ (E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

§ 1983 SD Form

4

<u>Count 3</u>:  The following civil right has been violated:_____

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 3.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

§ 1983 SD Form

### D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? □ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

_____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____

(d) Issues raised: _____

_____

_____

_____

_____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? □ Yes ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

Because defendant(s) have already proven by there felonious actions of Fraud that they can not be trusted to hold themselves responsible and liable for their own actions. Further proper administrative formal relief is under the "false Jurisdiction of CDC&R Rules and Regulations, as well as the defendants own personally imposed "policy". The Plaintiff alleges Constitutional Violation(s) [Fraud under color of law] and CDC&R rules and regulations do not contain the "United States Constitution within themselves." Federal Court has such Jurisdiction in this matter.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

     1. An injunction preventing defendant(s): from selling photo ducats they can't provide camera(s) film, services for etc -

     2. Damages in the sum of $ 410ºº . [ducats, court cost, copies, postage etc.]

     3. Punitive damages in the sum of $ 240ºº     [suffering - not having photo

     4. Other: Court to order - Warden et. Al. to guarantee of self w/daughter - legal time] that all photo ducates will promptly be honored without excuse or delay.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒  Plaintiff consents to magistrate    **OR**    ☐  Plaintiff requests that a district judge
    judge jurisdiction as set forth                     be designated to decide dispositive
    above.                                 matters and trial in this case. UCC# 1-103.ZI CC#-207

6·21·08                                 Eric P. McClellan
Date                                    Signature of Plaintiff

# DECEMBER - 2007
## CENTINELA STATE PRISON
## CANTEEN SHOPPING LIST

**INMATE NAME:** _____   **CDCR #** _____   **BLG./CELL#** _____

*(PRINT HERE)*

**I/M SIGNATURE:** _____   **RDO'S** _____   **W/B/M/O**

*(DO NOT PRINT)*   (JOB DESCRIPTION/ WORK HRS / RDO's)

NOTICE: ALL SALES ARE FINAL * NO EXCHANGES, RETURNS OR SUBSTITUTIONS / CHECK ALL ITEMS PRIOR TO LEAVING THE SALES WINDOW. YOUR *CANTEEN LIST* MUST BE FILLED OUT **COMPLETELY & PROPERLY**, OR YOUR *CANTEEN LIST* WILL NOT BE ACCEPTED BY CANTEEN - STAFF

* = PRICE INCREASE * C= STATE CONTRACT ITEM * PD= PRICE DECREASE * DI= DISCONTINUED * S = SPECIAL BUY * N = NEW CANTEEN ITEM

| # | DENTAL CARE | | | # | BODY CARE | | | # | BATTERIES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| * | Limit (3) Toothpaste Total | (3) | LIMIT | | NAIL CLIPPER | (1) | .50 | | ALKALINE "AA" (Single) | (8) | .50 |
| | COOL WAVE Toothpaste | | 1.50 | | COTTON SWABS -100ct | (1) | .90 | | ALKALINE "D" (Single) | (8) | 1.05 |
| | COLGATE C.P.G.- Toothpaste | C | 2.10 | | LIP CONDITIONER | (2) | .85 | | | | |
| | AQUA FRESH - Sensitive | C | 2.90 | | MEDICATED *SKIN CREAM* | (2) | .95 | | MISC. ITEMS | | |
| | COLGATE- Max Fresh | C | 3.00 | | BABY POWDER LIMIT (2) | C | *1.15 | | P-38 CAN OPENER | (2) | .50 |
| | MISC. DENTAL | | | | VITAMIN A & E LOTION (2) | C | 1.10 | | SPOON (Heavy Duty) | (2) | .50 |
| | ( MED. / SOFT ) TOOTHBRUSH | (2) | .50 | | FOOT POWDER 7oz. | (2) | 1.05 | | WALL HOOK (Limit One) | (1) | .50 |
| | 4oz. (MOUTHWASH) AF | (2) | .65 | | | | | | CEREAL BOWL w/ lid 24oz | (2) | .75 |
| | DENTURE TABS | (2) | 3.50 | | DIAL ROLL-ON * NEW (4) | C | *1.15 | | SHOWER SHOES | (1) | 1.00 |
| | DENTURE CREAM | (2) | 3.50 | | DEODORANT - MENNEN (4) | C | *2.90 | | STERLITE 5 ½ CUP BOWL | (1) | 2.45 |
| | | | | | ANTI-PERS - MENNEN (4) | C | *2.90 | | | | |
| * | Soap Limit – (6) Bars TOTAL | (6) | LIMIT | | SUN BLOCK – 30 SPF | (1) | *3.75 | | TUMBLER-22oz. | (2) | .50 |
| | IVORY BAR * | C | .50 | | JERGEN'S LOTION 10 oz. (2) | C | 4.00 | | 2 QT. WATER BOTTLE | (2) | 1.75 |
| | IRISH SPRING BAR * | C | .65 | | VITAMINS | | | | HARD TIME – MUG 16oz. | (2) | 1.95 |
| | 'JERGEN'S BAR 4pk.* | C | *2.00 | | MULTI-VITAMINS w/Iron 100ct. | (2) | 2.00 | | HARD TIME - MUG 20oz. | (2) | 3.25 |
| | SOAP DISH (2) | (2) | *.55 | | "C" VITAMINS 100ct. | (2) | 2.00 | | | | |
| | WASH CLOTH (3) | (3) | .60 | | "B"-COMPLEX VITAMIN 100ct | (2) | 2.50 | | SHOE POLISH (Brown) | (1) | *1.75 |
| | FLOSS *GLIDERS* – 50pk. | (1) | 1.50 | | "E" VITAMINS 100ct. | (2) | 3.50 | | SUN GLASSES | (1) | 2.50 |
| | SUN DETERGENT 28oz. | (1) | *1.65 | | PROTEIN TABLETS 200 ct. | (2) | 6.50 | | PHOTO ALBUM | (4) | *2.50 |
| | SHAVING SUPPLIES | | | | AMINO ACIDS 100ct. | (2) | 7.50 | | | | |
| | TWIN BLADE RAZOR (Ea.) | 10 | .25 | | STATIONERY | | | | ASST. CARDS | | |
| | PRO-TEC SHAVE CREAM 7oz. | (2) | 1.95 | | PHOTO DUCAT - ( Visiting) | (5) | 2.00 | | LIMIT-Total of 10 Cards | 10 | |
| | BRUSHLESS SHAVE | (2) | 1.65 | | | | | | Asst. - I LOVE YOU | | .75 |
| | PRO TEK AFTA SHAVE | (2) | 1.95 | | .02 CENT STAMPS - (Set of 5) | (8) | .10 | | Asst. – FRIENDSHIP | | .75 |
| | MAGIC GOLD Shave Powder | (2) | 2.45 | | .41 CENT STAMPS - (Set of 5) | (8) | 2.05 | | Asst. – BIRTHDAY ( KIDS ) | | .75 |
| | MAGIC SHAVE CREAM | (2) | 2.50 | | | | | | Asst. – BIRTHDAY FEMALE | | |
| | HAIR-CARE | | | | ENVELOPE ( legal ) | 40 | .05 | | Asst. Holiday Single Cards | | .75 |
| * | LIMIT (2) EA OF SHAMPOO'S | * | | | ENVELOPE ( 9 x 12 ) | (5) | .15 | | Asst. Holiday Boxed Cards | | 2.25 |
| | DANDRUFF SHAMPOO | C | *1.20 | | ENVELOPE ( 10 x 15 ) | (5) | .35 | | | | |
| | SHAMPOO | C | *1.50 | | *WRITING* TABLET ( 8 ½ x 11 ) | (4) | 1.00 | | CRACKERS | | |
| | CONDITIONER | C | *1.50 | | *LEGAL TABLET* ( 8 ½ x 14 ) | (4) | 1.25 | | SALTINE Crackers (16oz.) | C | 1.45 |
| | HAIR- PICK | (1) | .25 | | | | | | SNACK Crackers (16oz.) | C | 1.50 |
| | PALM BRUSH | (1) | .50 | | *Document* File 10X15 | (2) | 1.50 | | | | |
| | HAIR FOOD | (2) | 1.00 | | Dictionary – ENGLISH | (1) | 1.25 | | CHEESE | | |
| | BURGAMONT- Hair Treatment | (2) | *1.00 | | Dictionary – ~ SPANISH ~ | (1) | 1.25 | | HOT / SPICY-CHEESE TUB | C | 1.25 |
| | MURRAY'S POMADE | (2) | 2.50 | | CLEAR PEN (BLACK INK) | (4) | .25 | | JALAPENO SQZ. Cheese | C | 2.45 |
| | BRILLANTINE | (2) | 1.50 | | | | | | | | |
| | BLUE MAGIC CONDITIONER | (2) | 2.15 | | ASST. CHIPS | | | | RAMEN SOUP | | |
| | WAVE CAP | (2) | 2.10 | | KEEFE -"NACHO" CHIPS | C | *1.50 | | " CHILI " RAMEN SOUP | C | .20 |
| | BALL CAP – GRAY (New) | (3) | 2.50 | | KEEFE -"CHEESE CRUNCHIES" | C | *1.55 | | " BEEF " RAMEN SOUP | C | .20 |
| | PHARMACEUTICALS | | | | KEEFE -" BBQ CHIPS" | C | *1.40 | | "CHICKEN" RAMEN SOUP | C | .20 |
| | ASPRIN | (1) | 1.50 | | KEEFE - SOUR CRM & ONION | C | *1.40 | | | | |
| | Acetaminophen ( Tylenol ) | (1) | 1.65 | | KEEFE - CHILI-CORN CHIPS | C | 1.20 | | CUP O' SOUP | | |
| | Ibuprofen ( Motrin ) | (1) | 1.65 | | KEEFE - H&S PORK RINDS | C | 1.65 | | SHRIMP – " CUP O' SOUP | C | .50 |
| | Tolnaftate Cream (Tinactin) | (1) | 1.95 | | KEEFE – BUTTERED POPCORN | C | 1.10 | | CHICKEN – " CUP O' SOUP | DI | .50 |
| | Liquid Antacid | (1) | 2.65 | | | | | | SPICY BEEF- CUP O' SOUP | C | .50 |
| | Cough Drops | (1) | .90 | | *Chip Items Subject to change | | | | | | |

* Per Article 43 – Inmate Property / State Wide Limits Are Reflected on this Canteen List!

"Exhibit #2

Copy of actual photo ducat(s) purchased on facitity B
from Canteen for the price of $2⁰⁰ each

front side ↓

CENTINELA STATE PRISON
PHOTO PROJECT

# CEN

# 74714

NON-REFUNDABLE
NON-TRANSFERABLE

Back side ↓

10

In this matter, I exercise my rights under the Constitution of the united States of America, at Amendment VII to have this matter Adjudicated under common law exclusively, & for the court to operate under the authority of Article III of the Constitution of the united States of America.

I am cognizant of the fact that Article I courts operate under a form of admiralty law, & that presumptions, including lies that go unrebutted can stand as fact of law, & that statutes, regulations, etc., can be ambiguous & interpreted whimsically in such courts. I know common law is based on reason, justice, & truth, & unlike Article I administrative courts, Article III courts must base their rulings in such a manner that they do not conflict with common law & constitutional laws.

I support this motion under Amendment VII of the Constitution of the united States of America. Also in clear support as found in the state of California's constitution at Article III, sec. 1, it states that the Constitution of the united States is the supreme law of the land. Additionally, in California's Government codes at § 22.2 states clearly, "The common law of England, so far as it is not repugnant to, or inconsistent with the Constitution of the United States, or the constitution of this state, is the rule of decision in all courts of this state.".

In legal theory it is a well known fact that most lay persons, the general citizenry have the misconception that any statute passed by legislators bearing the form & appearance of law constitu the law of the land. The U.S. Constitution is the supreme law of the land, & any statute, to be valid, must be in agreement. It is impossible for a law which violates the Constitution or alters it in ambiguous interpretatiions to be valid. The following supreme court rulings succinctly support this. "All laws which are repugnant to the constitution are null and void".- Marbury vs. Madison, 5, U.S. (2 Cranch) 137, 174, 176, (1803) This was & still is a monumental ruling. Additionally, "Where rights secured by the constitution are involved, there can be no rule making or legislation which would abrogate them."- Miranda vs. Arizona, 384 U.S. 436 p. 491. Furthermore........ "An unconstitutional act is not law, it confers no right, it imposes no duties, affords no protection, it creates no office, it is in legal contemplation, as inoperative as though it never had been passed." – Norton vs. Shelby County 118 U.S. 425  p. 442.

Further, as found at 16 AM. Jur. 2d. sec. 177 late 2d. sec. 256 the high court in its ruling stated, "The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose, since unconstitutionalit dates from the time of its enactment and not merely from the date of decision branding it.

No one is bound to obey an unconstitutional law and no courts are bound to enforce it." Also in that same ruling the court ruled as also noted in 16 Am. Jur. 2d.  177, late Am. Jur. 2d. § 256, "In so far as a statute runs counter to the fundamental law of the land, it is superceded thereby."

In Yakus vs. U.S. 321 U.S. 414 pg. 468 (1944), the court ruled, "But whenever the judicial power is called into play, it is responsible directly to the fundamental law and no other authority can intervene to force or authorize the judicial body to disregard it."

In Taylor vs. Porter 4 Hill 140, 146 State vs. Simon & Spears, 761, 767, it states, "Law of the land, means common law." In concurrence with that, another similar ruling in Caldwell vs. Hill 176 S.E. 383 (1934) is found; "The United States adopted the common law of England with the constitution."

One of the tenants of common law, which our constitution is, all contracts & agreements one enters into must be done so knowingly, voluntarily, & intentionally.

In this matter I wish the court to abide by, & inform the Respondents/Defendants of the followi fact that terminology used in this matter must be words that are found only in the Standard & Websters dictionaries, not to use words & terminology meant to confuse lay persons where for example a commonly known word in "legalese", (attorney syntax) can mean something entirely different, for the sake of an example, the word "cup" in legal dictionaries, could mean "fence post". I am supported on this at 16A Am. Jur. 2d. constitutional law, § 818, which demands definiteness of vagueness of laws, regulations and orders, states, "It is a general principle of statutory law that a statute must be definite to be valid." This also has the effect that renders any statute, law, regulation, code, or governmental policy moot & invalid if there is any ambiguity, such as subsections in such law, regulation, etc. , that in any way are contradictory, can have 2 or more meanings, or in any way contradicts the constitution.

Lastly, under the doctrine of law which requires states to recognize the laws of sister states within the union of the United States, & due to the fact where I am confined at this time, in a prison with a very limited stock of legal materials, I hereby, as first party in this matter as initiator & Plaintiff in this matter, I request of the court to take judicial notice of law, under Montanna Code Annotated(M.C.A.). There should be a similar section in California & in most other states, however, it is not to be found in this prisons poorly stocked law library. Therefore I invoke my right under M.C.A. rule 202 (a). "This rule governs judicial notice of law." The first kind of law under M.C.A. rule 202, is noted (1) "The common law, constitutions and statutes of the United States and of this and every other state, territory, & jurisdiction of the United States." In M.C.A. rule 202 it directs that as found in § (d) "when mandatory, a court shall take judicial notice, (1) of the common law, constitutions, and statutes of the United States and of this state and every other state, territory, and juridiction of the United States." This rule provides the right to be heard as to the propriety of taking judicial notice.

In summation, I have the absolute guaranteed right to have this matter adjudicated at every stage of the proceedings under common law, which is an unalienable right under Amendment VII of the Constitution of the United States of America.

To the best of my knowledge, the foregoing is true & correct.

( UCC#1-103: UCC1-207 )

Eric P. McClellan
Plaintiff        6-21-08

_____
Date

→  Requested  ←
Legal Advisor / Assistant

_____
Date

12