# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Eric P. McLellan, CDCR #F-14219

V.

V.M. Almager, Warden

FILED
SEP 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv123-IEG(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiff's First Amended Complaint is **DISMISSED** for failing to state a claim upon which relief may be granted pursuant to 28 USC 1915(e)(2))B) and 1915A(b). Court finds amendment to Plaintiff's 1983 claims would be futile at this time, leave to amend is **DENIED**. Case is closed......................................

| September 10, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | J. Haslam (signature) |
| | (By) Deputy Clerk |

ENTERED ON September 10, 2008